UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------------- x
:
HEATHER MCPHEE,                                                  :
:
                    Plaintiff,                                   :
                                                                 :   Case No.
          vs.                                                    :   1:25-cv-04409 (AHA)
                                                                 :
NATIONAL FOOTBALL LEAGUE PLAYERS                                 :
ASSOCIATION, MATTHEW CURTIN, THOMAS                              :
DEPASO, and LLOYD HOWELL,                                        :
                                                                 :
                    Defendants.                                  :
:
---------------------------------------------------------------- x

## UNOPPOSED MOTION TO TEMPORARILY SEAL PLAINTIFF'S COMPLAINT

Pursuant to Rule 5.1(h) of the Rules of the United States District Court for the District of Columbia, Defendant National Football League Players Association ("NFLPA") respectfully moves that this Court temporarily and immediately place Plaintiff's Complaint under seal pending the outcome of the NFLPA's anticipated Motion to Seal portions of Plaintiff's Complaint.

On December 18, 2025, Plaintiff, an Associate General Counsel in the NFLPA's Legal Department (*see* Compl. ¶26), filed a Complaint against the NFLPA and three individual defendants. On December 20, the NFLPA notified Plaintiff's counsel that it intended to file an emergency motion to seal portions of the complaint on Monday, December 22, 2025. The parties met and conferred on Sunday, December 21. In light of the upcoming holidays, Plaintiff agreed not to oppose the NFLPA's motion to temporarily place the Complaint under seal until the Court resolves the NFLPA's forthcoming motion. By doing so, Plaintiff does not concede that any portion of the Complaint was filed improperly on the public docket and will oppose the NFLPA's anticipated motion to seal portions of the Complaint.

The NFLPA intends to file its motion contending that the Complaint contains privileged and confidential information and that such information should be filed under seal on or before January 7, 2026.

On December 21, 2025, pursuant to Local Civil Rule 7(m), NFLPA counsel conferred with Plaintiff's counsel concerning this Motion.

Accordingly, to safeguard potentially privileged and confidential information pending the Court's ruling on the NFLPA's anticipated Motion to Seal Portions of Plaintiff's Complaint, the NFLPA respectfully requests that this Court temporarily place Plaintiff's Complaint (ECF No. 1) under seal.

Dated: December 22, 2025

Respectfully submitted,

/s/ Jacob Karabell
Jacob Karabell (D.C. Bar No. 996066)
BREDHOFF & KAISER PLLC
805 15th Street, NW, Suite 1000
Washington, DC 20005
jkarabell@bredhoff.com

Susan Davis*
Evan Hudson-Plush*
Daniel M. Nesbitt*
Kayla Morin* (D.C. Bar No. 90007996)
COHEN, WEISS AND SIMON LLP
909 Third Avenue, 12th Floor
New York, NY 10022-4869
sdavis@cwsny.com
ehudson-plush@cwsny.com
dnesbitt@cwsny.com
kmorin@cwsny.com

*pro hac vice forthcoming*
*Attorneys for Defendant National Football League Players Association*