## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HEATHER MCPHEE,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | Case No.: 1:25-cv-04409 (AHA) |
| | ) | |
| **NATIONAL FOOTBALL LEAGUE** | ) | |
| **PLAYERS ASSOCIATION,** | ) | |
| **MATTHEW CURTIN, THOMAS** | ) | |
| **DEPASO, and LLOYD HOWELL,** | ) | |
| | ) | |
| *Defendants.* | ) | |

### PLAINTIFF HEATHER MCPHEE'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND MOTION TO SEAL PORTIONS OF COMPLAINT

Plaintiff Heather McPhee respectfully files this Consent Motion for Extension of Time to Respond to the National Football League Players Association's ("NFLPA") Motion for Leave to File Documents Under Seal and Motion to Seal Portions of Plaintiff's Complaint ("Extension Motion"). Ms. McPhee files this Extension Motion in accordance with Section 6 of Judge Amir H. Ali's Standing Order. *See* ECF No. 11.

The NFLPA filed its Motion for Leave to File Documents Under Seal, ECF No. 15, and its Motion to Seal Portions of Complaint, ECF No. 16, (together, "Sealing Motions") on December 30, 2025. Ms. McPhee seeks to have the January 13, 2026 deadline to file her opposition to the Sealing Motions extended by one week, i.e., until January 20, 2026. There have been no previous extensions of time or continuances granted to either party in this case.

Good cause supports Ms. McPhee's motion. When the NFLPA filed its Sealing Motions, lead counsel for Ms. McPhee was on vacation and the Kaiser PLLC offices were closed for the

holidays. The office reopened on January 2 and lead counsel returned on January 5, 2026. No prejudice will result from granting Ms. McPhee's Extension Motion. The Court granted the NFLPA's motion to temporarily place the complaint under seal while the NFLPA's underlying motions to seal are being litigated. 12/31/25 Minute Order; ECF No. 17. Ms. McPhee did not oppose that relief. ECF No. 17. In addition, the motion that the NFLPA seeks leave to file under seal is currently under seal. *See* ECF No. 15. Granting Ms. McPhee's requested extension will not have any effect on existing deadlines, other than pushing back the date for the NFLPA's reply. In consultation with counsel for the NFLPA, Ms. McPhee and the NFLPA suggest February 3, 2026 as the deadline for the NFLPA's reply. The NFLPA and defendant Thomas DePaso's deadline to answer the Complaint is February 27, 2026. Defendants Matthew Curtin and Lloyd Howell have not yet been served.

Pursuant to Local Civil Rule 7(m), counsel for Ms. McPhee conferred via email with counsel for the NFLPA on January 7, 2026, and the NFLPA consented to the motion.

Dated: January 7, 2026

Respectfully submitted,

*/s/ Courtney R. Forrest*
Courtney R. Forrest (D.C. Bar No. 996740)
Sarah R. Fink (D.C. Bar No. 166663)
Kaiser PLLC
1099 14th Street, NW, 8th Floor West
Washington, D.C. 20005
Tel: (202) 640-2850
cforrest@kaiserlaw.com
sfink@kaiserlaw.com

*Attorneys for Plaintiff Heather McPhee*

## CERTIFICATE OF SERVICE

I certify that on January 7, 2026, a copy of the foregoing was filed with the Clerk of

Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Sarah R. Fink*
Sarah R. Fink