UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------- x
                                             :

HEATHER MCPHEE,                   :

                  Plaintiff,       :             Case No.

             vs.             :             1:25-cv-04409 (AHA)

                                               :

NATIONAL FOOTBALL LEAGUE PLAYERS  :
ASSOCIATION, MATTHEW CURTIN, THOMAS  :
DEPASO, AND LLOYD HOWELL,       :

                  Defendants.    :

                                             :

------------------------------------------------------------- x

## <u>REDACTED SUPPLEMENTAL DECLARATION OF TOM DEPASO</u>

I, Tom DePaso, under penalty of perjury and in lieu of affidavit as permitted by 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age and competent to give this declaration.  This declaration is based on my personal knowledge, information, and belief.

2.      I am the General Counsel of the National Football League Players Association ("NFLPA" or the "Union").  On December 30, 2025, I submitted a declaration in support of the NFLPA's Motion to Seal. In order to respond to certain statements made by Plaintiff in her opposition papers, I am submitting this declaration to supplement my earlier declaration.

3.      As an initial matter, to assist the Court in resolving this Motion, I attach as **<u>Exhibit A</u>** a privilege log designating the bases for sealing paragraphs (or portions thereof) in Plaintiff's Complaint.

4.      Additionally, in some instances below, in order to adequately respond to Plaintiff's statements, I discuss and quote from the contents of NFLPA documents that are privileged and confidential.  I have not attached them as exhibits.  However, should the Court deem it helpful, the NFLPA will make copies of these documents available for *in camera* review.

***NFLPA's Investigation and Analysis of the SEIP***

5.      The National Football League Players Inc. ("NFLPI"), a wholly owned subsidiary of the NFLPA, is its licensing and marketing arm.

6.      On November 15, 2024, an NFLPI attorney, Sophie Gage, Vice President, Commercial Strategy & Legal (at that time, Business and Legal Affairs), the attorney referenced in Paragraphs 10 and 11 of Plaintiff's Declaration, ███████████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████████ OTP is a licensing, marketing, and business development company, started in 2019 by the NFLPA, the Major League Baseball Players Association (MLBPA), and a private equity company, whose purpose is to maximize the collective value of athletes' intellectual property.  ███████████████ ███████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████

7.      The NFLPA is, and at all relevant times was, the largest shareholder (44%) in OTP and appoints four of the nine Board members.  As such, the NFLPA works closely with OTP to maximize the value of its members' name, image and likeness (NIL).  It is not unusual for NFLPI counsel to communicate and coordinate with counsel for OTP concerning legal compliance and business issues.

8. ███████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████

9. ██████████████████████████████

**Anticipation of Litigation**

10.    Plaintiff contends in Paragraphs 16 and 26 of her Declaration ████████

███████████████████████████████████████████████

███████████████████    but at that time she had no reason to anticipate litigation ███████████

██████    Additionally, even through early April 2025, ████████████████████████████

█████████████████████████

11.    These statements are contradicted by multiple contemporaneous communications. *First*, as Plaintiff herself notes, on December 5, 2024, she learned that so-called whistleblowers from the MLBPA had "gone to the government with concerns" related to the SEIP grants.  This, of course, was a clear indication of potential government involvement ███████

████████████████████████████████████████████████

████████████

12.    Indeed, in Paragraph 79 of her Complaint, Plaintiff states that *she* ████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████

██████

13.     ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████ (emphasis added).

14.     *Second*, during this same time period, Plaintiff provided us with her legal

analysis ████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████

15.     I note also that ██████████████████████████

█████████████████████████████████████████

████████████████████████████████████████████████

16. ███████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████

17. ███████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████

18. ███████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████

19. █████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████

20.    Plaintiff regularly discussed ████████████████████████

████████████ For example, ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████

21.    Plaintiff's ████████████████████████████████████████

████████████████████████ On or about May 30, 2025, the NFLPA, through the

Plaintiff, learned that the Department of Justice had opened an investigation that included the

SEIP issues and the NFLPA.  On or about June 4, 2025, the Executive Committee, an 11-person

body whose members are elected by the Player Representatives, approved the hiring of

independent outside counsel, WilmerHale, to advise the NFLPA with respect to the

investigation.  The Board of Player Representatives, the Union's highest governing body who are

themselves elected by the rank-and file-members of their Clubs, also approved the hiring of

WilmerHale the next day, and then on or about June 16, 2025 established a Special Committee of

the Player Representatives for the purpose of making decisions and directing outside counsel

with respect to the DOJ investigation.  The Board of Player Representatives then, on June 18,

2025, appointed the members of the Special Committee.  WilmerHale has interviewed fact

witnesses and will provide appropriate information to the DOJ.  Although I am aware of the

foregoing information, neither I, nor Defendant Lloyd Howell, nor Defendant Matthew Curtin have had any interaction with or oversight of the Special Committee.

**Additional Information**

22.     Plaintiff only learned the information disclosed in the Complaint as a result of her serving as the NFLPA's Associate General Counsel, one of the NFLPA's top lawyers.

23.     Many of the allegations in the Complaint that contain Plaintiff's "opinions" also were contained in confidential and privileged legal memoranda and other confidential and privileged emails that she and/or outside counsel communicated to the NFLPA. Specifically, the sum or substance of the "opinions" in paragraphs 62, 69, 74, 75, and 79 were communicated by Plaintiff and/or outside counsel to the NFLPA in connection with their provision of legal advice to the Union.

24.     In paragraph 4 of my initial declaration, I quoted the relevant portions of Plaintiff's Confidentiality Agreement. For ease of the Court's reference, I attach a copy of it here as **Exhibit B**.

25.     In paragraph 22 of her declaration, Plaintiff speculates ██████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████

26.     Finally, the investigations referenced in paragraphs 192, 193 and 222 of the Complaint were conducted at the direction or with the guidance of counsel. Those investigations were conducted on a confidential basis; however, the investigation referenced in paragraph 193 was leaked to the media. The portions of paragraphs 193 and 222 that the NFLPA

is seeking to seal do not include the portions that were publicly reported.  (I note that we

inadvertently highlighted and sought to seal quotations from a media article.  We do not contend

that such quotations are privileged or confidential.)


        I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge and belief.

Executed at Washington, D.C. this 3rd day of February 2026.

                                  _____

                                  Tom DePaso