**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HEATHER MCPHEE,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| **v.** | ) | Case No.: 1:25-cv-04409 (AHA) |
| | ) | |
| **NATIONAL FOOTBALL LEAGUE** | ) | |
| **PLAYERS ASSOCIATION,** | ) | |
| **MATTHEW CURTIN, THOMAS** | ) | |
| **DEPASO, and LLOYD HOWELL,** | ) | |
| | ) | |
| *Defendants*. | ) | |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Heather McPhee and Defendants National Football League Players Association (NFLPA) and Thomas DePaso respectfully request the Court extend all deadlines in this case by thirty (30) days.

In its Minute Order from June 17, 2026, the Court adopted the following schedule: Ms. McPhee shall file her complaint by July 1, 2026; Defendants shall file their motions to dismiss or answers by August 3, 2026; Ms. McPhee shall file her consolidated opposition by September 8, 2026; and Defendants shall file their replies by September 29, 2026.

Subject to a final written agreement, Ms. McPhee, the NFLPA, and Mr. DePaso have reached a resolution of the claims in this matter. To provide time to draft the written agreement and to focus the parties' efforts on resolution, Ms. McPhee, the NFLPA, and Mr. DePaso request a thirty-day extension of all deadlines in this case.

Good cause exists to extend each deadline by thirty days, as it will promote judicial economy and eliminate needless litigation by the parties. Mr. Howell and Mr. Curtin do not object to this request for a thirty-day extension.

Dated: June 24, 2026

Respectfully submitted,

*/s/ Courtney R. Forrest*
Courtney R. Forrest (D.C. Bar No. 996740)
Sarah R. Fink (D.C. Bar No. 166663)
Colby L. Moore (D.C. Bar No. 90002862)
Kaiser PLLC
1099 14th Street, NW, 8th Floor West
Washington, D.C. 20005
Tel: (202) 640-2850
cforrest@kaiserlaw.com
sfink@kaiserlaw.com
cmoore@kaiserlaw.com

*Attorneys for Plaintiff Heather McPhee*

*/s/ Susan Davis*
Susan Davis*
Evan Hudson-Plush*
Daniel M. Nesbitt*
COHEN, WEISS AND SIMON LLP
909 Third Avenue, 12th Floor
New York, NY 10022
sdavis@cwsny.com
ehudson-plush@cwsny.com
dnesbitt@cwsny.com

*\* admitted pro hac vice*

Jacob Karabell (D.C. Bar No. 996066)
BREDHOFF & KAISER PLLC
805 15th Street, NW, Suite 1000
Washington, DC 20005
jkarabell@bredhoff.com

*Attorneys for Defendants National Football League Players Association and Tom DePaso*

2

**CERTIFICATE OF SERVICE**

I certify that on June 24, 2026, a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Colby L. Moore*
Colby L. Moore