**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HEATHER MCPHEE,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | Case No.: 1:25-cv-04409 (AHA) |
| | ) | |
| **NATIONAL FOOTBALL LEAGUE** | ) | |
| **PLAYERS ASSOCIATION, et. al.** | ) | |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY**

Plaintiff Heather McPhee and Defendants National Football League Players Association, Thomas DePaso, Lloyd Howell, and Matthew Curtin (collectively, "Parties") hereby notify the Court that the Parties have executed a final settlement agreement in this matter. Thus, the parties jointly and respectfully request that the Court stay all proceedings and deadlines in this case for thirty (30) days for the following reasons:

1.      In accordance with the Court's July 30, 2026 Minute Order, the current deadlines in the case are as follows:

  a.      Plaintiff shall file her amended complaint by August 14, 2026;

  b.      Defendants shall file their motions to dismiss or answers by September 16, 2026;

  c.      Plaintiff shall file her consolidated opposition by October 22, 2026;

  d.      Defendants shall file their replies by November 12, 2026.

2.      The Parties have been engaged in settlement discussions. Following those discussions, the Parties executed a final settlement agreement on August 14, 2026.

3.      Good cause exists for the thirty (30) day stay, as such stay will provide the Parties sufficient time to ensure all the conditions of the Settlement Agreement are met and prevent the need for the Court and Parties to expend time on filings while the Parties work to satisfy the conditions of the Settlement Agreement.

4.      For the foregoing reasons, the Parties request that the Court stay all proceedings and deadlines associated with this case for thirty (30) days.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Sarah R. Fink*
Courtney R. Forrest (D.C. Bar No. 996740)
Sarah R. Fink (D.C. Bar No. 166663)
Colby L. Moore (D.C. Bar No. 90002862)
KAISER PLLC
1099 14th Street, NW, 8th Floor West
Washington, D.C. 20005
Tel: (202) 640-2850
cforrest@kaiserlaw.com
sfink@kaiserlaw.com
cmoore@kaiserlaw.com

*Attorneys for Plaintiff Heather McPhee*

*/s/ Susan Davis*
Susan Davis*
Evan Hudson-Plush*
Daniel M. Nesbitt*
COHEN, WEISS AND SIMON LLP
909 Third Avenue, 12th Floor
New York, NY 10022
sdavis@cwsny.com
ehudson-plush@cwsny.com
dnesbitt@cwsny.com

*\* admitted pro hac vice*

/s/ *Jacob Karabell*

Jacob Karabell (D.C. Bar No. 996066)
BREDHOFF & KAISER PLLC
805 15th Street, NW, Suite 1000
Washington, DC 20005
jkarabell@bredhoff.com

*Attorneys for Defendants National Football League Players Association and Tom DePaso*

*/s/ Bridget M. Fitzpatrick*

Bridget M. Fitzpatrick (D.C. Bar. No. 474946)
Cynthia Long (D.C. Bar No. 90018011)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW, Suite 500E
Washington, DC 20001
Bridget.Fitzpatrick@mto.com
Cynthia.Long@mto.com

E. Martin Estrada*
Cordell A. Brown*
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071-3426
Martin.Estrada@mto.com
Cordell.Brown@mto.com

* *admitted pro hac vice*

*Attorneys for Defendant Matthew Curtin*

/s/ Tillman J. Finley

Billy Martin (DC Bar No. 465531)
bmartin@marinofinley.com
Tillman Finley (DC Bar No. 477737)
tfinley@marinofinley.com
MARINO FINLEY LLP
818 Connecticut Avenue, N.W., Suite 801
Washington, D.C. 20006
Tel:  202.223.8888

*Counsel for Defendant Lloyd Howell*

**CERTIFICATE OF SERVICE**

I certify that on August 14, 2026, a copy of the foregoing was filed with the Clerk of

Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Colby L. Moore*
Colby L. Moore