**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HEATHER MCPHEE,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | Case No.: 1:25-cv-04409 (AHA) |
| | ) | |
| **NATIONAL FOOTBALL LEAGUE** | ) | |
| **PLAYERS ASSOCIATION, et. al.** | ) | |
| | ) | |
| *Defendants.* | ) | |

## [PROPOSED] ORDER

Upon consideration of the Notice of Settlement and Joint Motion to Stay ("Motion"), it is

this _____ day of August, 2026, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that all deadlines in this case are **STAYED** for thirty (30) days.

**SO ORDERED**.

_____
Amir H. Ali
United States District Judge