**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HEATHER MCPHEE,** | ) | |
| ***Plaintiff*,** | ) | |
| **v.** | ) | Case No.: 1:25-cv-04409 (AHA) |
| **NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, et. al.** | ) | |
| ***Defendants*.** | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Heather McPhee hereby gives notice that this action is voluntarily dismissed with prejudice. Defendants National Football League Players Association, Thomas DePaso, Lloyd Howell, and Matthew Curtin have not served an answer or motion for summary judgment in this action.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Courtney Forrest*

Courtney R. Forrest (D.C. Bar No. 996740)
Sarah R. Fink (D.C. Bar No. 166663)
Colby L. Moore (D.C. Bar No. 90002862)
KAISER PLLC
1099 14th Street, NW, 8th Floor West
Washington, D.C. 20005
Tel: (202) 640-2850
cforrest@kaiserlaw.com
sfink@kaiserlaw.com
cmoore@kaiserlaw.com

*Attorneys for Plaintiff Heather McPhee*

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2026, a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Colby L. Moore*
Colby L. Moore